**Order filed, February 20, 2018.**



In The

# Court of Appeals
### For The
# First District of Texas
————————

### NO. 01-17-00924-CV

**JOANN BEGO, Appellant**

**V.**

**ADAM C. HAYNES, Appellee**

**On Appeal from the 412th Judicial District Court**
**Brazoria County, Texas**
**Trial Court Case 86328-CV**

### ORDER

The reporter's record in this case was due 02/13/2018. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order, the official (or substitute) court reporter, to file the record in this appeal, if any, **within 30 days** of the date of this order.

PER CURIAM